UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY WILLIAMS,<br><br>                              Plaintiff(s),<br><br>          -against-<br><br>SBB BROADWAY 922, LLC d/b/a/ SUSHI BY SCRATCH and BROADWAY 922 ENTERPRISES LLC,<br><br>                              Defendant(s). | Case No. 1:25-cv-05342(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff Jeffery Williams filed this suit on June 26, 2025, Dkt. 1, but did not file proof of service on the docket within the 90 days required by Federal Rule of Civil Procedure 4(m). On September 8, 2025, the Court ordered Plaintiff to communicate with the Court why Plaintiff failed to serve the Summons and Complaint or, if he believed Defendants had been served, when and in what manner such service was made. Dkt. 8. On September 29, 2025, Plaintiff filed proof of timely service of both Defendants on the docket. *See* Dkts. 9, 10. Thus, the Court finds Plaintiff has shown cause why this case should not be dismissed for lack of service.

      The docket now reflects that Defendants were filed on July 31, 2025. Dkts. 9, 10. The deadline to answer the Complaint was thus August 21, 2025. Dkts. 9, 10. That deadline has now passed without either Defendant filing an answer or otherwise communicating with the Court. As a courtesy, the Court will extend the deadline for Defendants to file their answer or otherwise respond to the Complaint to **October 6, 2025**.

      In addition, the Parties' joint letter was due within 45 days of service, that is, by September 14, 2025. Dkt. 7. That date has also passed without the parties filing the joint

letter as required by the Court's order. The parties are directed to file the joint letter by **October 6, 2025**.

Dated: September 30, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge